# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRIAN CLIFFORD CASH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANDREW M. SAUL, Commissioner )<br>of the Social Security Administration, )<br>)<br>Defendant. ) | Case No. CIV-18-01189-PRW |

## ORDER

Plaintiff, Brian Clifford Cash, instituted this action seeking judicial review of the Defendant Commissioner's final decision denying his application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 423. Consistent with 28 U.S.C. § 636(b)(1)(B), the case was referred to U.S. Magistrate Judge Gary M. Purcell, who has issued a Report and Recommendation (Dkt. 25) recommending that the Commissioner's decision be reversed and remanded for further administrative proceedings.

The parties were advised of their right to object to the Report and Recommendation (Dkt. 25) by December 24, 2019. No objections have been filed as of this date. Having failed to object, the parties have waived their right to appellate review of the factual and legal issues addressed in the Report and Recommendation (Dkt. 25).[1] Accordingly, the

---

[1] *United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *cf.* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.").

Court **ACCEPTS** the Report and Recommendation in accordance with § 636(b)(1), **REVERSES** the Commissioner's decision, **REMANDS** the matter for further administrative proceedings consistent with the Report and Recommendation (Dkt. 25), and **ORDERS** that judgment issue forthwith in accordance with the provisions of sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED this 3rd day of February, 2020.**

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE